■ ZAVROW RESTAURANT CORP., Appellant, v CENTRAL PARK SOUTH ASSOCIATES, Respondent.—Order, Supreme Court, New York County (Charles Ramos, J.), entered on April 8, 1988, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court (Louis Grossman, J.) entered on June 18, 1987 unanimously dismissed as having been subsumed in the aforesaid appeal. No opinion. Concur—Kupferman, J. P., Ross, Asch, Kassal and Rosenberger, JJ.

■ MANUEL CRUZ, Appellant, v TRI-M WESTSIDE DEVELOPMENT CORP., et al., Respondents.—Appeal from order, Supreme Court, New York County (Harold Baer, Jr., J.), entered on July 13, 1987, unanimously dismissed as having been superseded by the appeal from the order of said court, entered on March 4, 1988, which is unanimously dismissed as having been taken from a nonappealable order, without costs and without disbursements. Were we to reach the merits, we would affirm the order entered on March 4, 1988, without costs. No opinion. Concur—Kupferman, J. P., Ross, Asch, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRIS BALLARD, Appellant.—Judgment, Supreme Court, New York County (Rena Uviller, J.), rendered on July 1, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Asch, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LENSEY BUCKHANNON, Appellant.—Judgment, Supreme Court, New York County (Seymour Schwartz, J.), rendered on April 11, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Carro, Milonas and Ellerin, JJ.